68

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIAM E. MCGUIRE *et al.*, Defendants-Appellants.

(No. 12175;

Fourth District—July 25, 1973.

Opinion by Mr. PRESIDING JUSTICE CRAVEN.

John F. McNichols, Deputy Defender, of Springfield, (J. Daniel Stewart, Assistant Defender, of counsel,) for appellants.

Homer J. Tice, State's Attorney, of Petersburg, for the People.